LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
<u>ROSWELL, GEORGIA  30076-2102</u>
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

February 25, 2010

Clerk, United States Bankruptcy Court
901 Front Ave, One Arsenal Place
P. O. Box 2147
Columbus, GA  31902

<b><u>REQUEST FOR SERVICE OF NOTICES</u></b>

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Victoria L. Nobles |
| | Case Number | : | 10-70284 |
| | Chapter | : | 13 |
| | Secured Creditor | : | Flagstar Bank |
| | Loan Number | : | XXXXX0478 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

> Flagstar Bank
> c/o McCALLA RAYMER, LLC
> Bankruptcy Department
> 1544 Old Alabama Road
> Roswell, Georgia  30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

> Very Truly Yours,
>
> /s/ Richard Siegel
>
> Richard Siegel, Esquire
> c/o McCALLA RAYMER, LLC
> 1544 Old Alabama Road,
> Roswell, GA 30076
> Phone : 678-281-6535
> Email : RHS@mccallaraymer.com
> Attorney Bar No : 645825

cc: Kristin Hurst  (served electronically by the court)
    William O. Woodall, Jr., Esq.

File Number 53266208-2 /
Request for Service of Notice