# United States Bankruptcy Court

Middle District of Georgia

Date: 5/17/10

In re:

    Victoria L. Nobles
    4415 Holly Lane
    Valdosta, GA 31602

Debtor(s)

Case No. 10–70284 jtl

Chapter 13

Dear Ms. Elliott:

Please be advised that the image of claim #9 received at the Court does not match the amount entered when the claim was filed.

Please review and either withdraw claim #9 or amend to show correct image.

Thank you for your attention to this matter.

Jeri Green

Deputy Clerk
United States Bankruptcy Court


cc: Ch 13 Trustee