

**SO ORDERED.**

**SIGNED this 28 day of June, 2010.**

_____
**JAMES D. WALKER, JR.
UNITED STATES BANKRUPTCY JUDGE**
_____

United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| In RE:<br>Victoria L. Nobles<br>4415 Holly Lane<br>Valdosta, GA 31602<br><br>Debtor (s) SSN:<br>XXX-XX-1621 | Chapter 13<br><br>Case No. 10-70284-JTL |

Order Confirming Plan Awarding Attorney's Fees Providing Extension Of The Plan Beyond 36 Months

The debtor's(s') plan having been transmitted to all creditors; and

It having been determined, after hearing on notice, that the debtor's(s') plan, or plan as modified, complies with Chapter 13 of the Bankruptcy Code Section 1325, 11 U.S.C. Section 1325, with other applicable provisions of this title as shown by Exhibit "A" attached hereto; and

Sufficient cause having been shown for the length of the plan to be extended beyond 36 months; and

The Chapter 13 Trustee having recommended that the debtor's(s') plan to be confirmed; it is

ORDERED that the debtor's(s') plan, or plan as amended, which plan is attached hereto as Exhibit "A" and incorporated herein by reference, is confirmed, and the debtor(s) is furthered ordered to strictly comply with the terms of this plan and to maintain in force all insurance required by any of his contractual agreements; and it is further

ORDERED that an award of $2,536.50 is made to William O. Woodall Jr. with Woodall & Woodall as interim compensation in this case pursuant to Section 331 of the Bankruptcy Code for the attorney services rendered in this case. The attorney has previously been paid $0.00. The Trustee is directed to pay the balance of $2,536.50 as an administrative expense; and it is further

ORDERED that all pending motions to dismiss filed by the Chapter 13 Trustee are hereby withdrawn, unless a separate order has been entered resolving the motion.

END OF DOCUMENT

Jon DeLoach, GA Bar No. 217220

RE:  
Victoria L. Nobles  
4415 Holly Lane  
Valdosta, GA 31602

Case No. 10-70284-JTL

## Trustee's Report

**Payment Schedule**

| Payor | Amount | Start Date | Length |
|---|---|---|---|
| Victoria L. Nobles | $595.00 | March 21, 2010 | End of Plan |

Commitment Period: 60 months

From the payments so received, the trustee shall make disbursements as follows:

| Creditor Name | Value | Description | Int | Payment |
|---|---|---|---|---|
| **Mortgage Arrearage** | | | | |
| Flagstar Bank | Debt | Arrears | 6.50 | $143.07 |
| **Secured - Vehicle** | | | | |
| Wells Fargo Dealer Servivces, Inc | $11,775.00 | 2006 Mitsubishi Eclipse | 6.50 | $240.66 |
| **Paid Outside Secured** | | | | |
| Flagstar Bank | | Mtg/Begins April 2010- Paid Directly By Debtor | | |

All 11 U.S.C. § 507 Priority claims will be paid in full over the life of the plan.

**Special Provisions**:  
See special provisions provided for in plan or amended plan filed by debtor and incorporated herein by reference.

100.00%   will be paid to unclassified unsecured creditors.

If the plan proposes to pay less than 100% to the unsecured creditors, the debtor will pay 36 monthly payments before becoming eligible for a discharge under 11 U.S.C. 1328(a).

The Trustee recommends this plan be confirmed as it complies with all of the requirements of 11 U.S.C. Section 1325.

EXHIBIT "A"

/s/ Jon DeLoach  
Jon DeLoach, GA Bar No. 217220