**210B (12/09**)

# United States Bankruptcy Court

Middle District of Georgia
Case No. 10-70284
Chapter 13

In re: Debtor(s) (including Name and Address)

Victoria L. Nobles
4415 Holly Lane
Valdosta GA 31602

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/06/2012.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: U.S. DEPARTMENT OF HOUSING AND URBAND DEVELOPMENT, C/O OF C&L SERVICE CORPORATION/MORRIS-GR, 2488 E 81ST STREET, SUITE 700, TULSA, OK 74137 | U.S. Department of HUD c/o Deval LLC 1255 Corporate Drive, #300, Irving, TX 7 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Please take notice that if this Transfer of Claim was filed after this case was closed, the court cannot take any action on any objection to the transfer that is filed until the case is Reopened by appropriate motion.

Date:    04/11/12

William E. Tanner

**CLERK OF THE COURT**

United States Bankruptcy Court
Middle District of Georgia

In re:  
Victoria L. Nobles  
    Debtor

Case No. 10-70284-jtl  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113G-7     User: cet     Page 1 of 2     Date Rcvd: Apr 09, 2012  
                 Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2012.  
9328565      +U.S. DEPARTMENT OF HOUSING AND URBAND DEVELOPMENT,    C/O OF C&L SERVICE CORPORATION/MORRIS-GR,    2488 E 81ST STREET,    SUITE 700,    TULSA, OK 74137-4267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 11, 2012**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113G-7           User: cet                  Page 2 of 2                  Date Rcvd: Apr 09, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2012 at the address(es) listed below:
              A. Michelle Hart Ippoliti    on behalf of Creditor   Flagstar Bank BkMail@prommis.com
              Kinda  Turner    on behalf of Creditor   U.S. Department of HUD c/o Deval LLC kturner28@csc.com
              Kristin  Hurst    ecf@ch13trustee.com, courtdailysummary@ch13trustee.com
              Richard H. Siegel    on behalf of Creditor   Flagstar Bank ecfmail@aclawllp.com
              William O. Woodall    on behalf of Debtor Victoria Nobles will@orsonwoodall.com,
               woodallandwoodall@gmail.com
                                                                                             TOTAL: 5